UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-22548-CIV-KING/BANDSTRA

DEBORAH PINDER,

        Plaintiff,

v.

BAHAMASAIR HOLDINGS LIMITED, INC.,

        Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Comes now, Bahamasair Holdings Limited, Inc. ("Bahamasair"), by and through its undersigned attorneys, and files its Answer And Affirmative Defenses to the Complaint, and states:

1. Admitted that Plaintiff worked for Defendant for approximately 23 years and was terminated for the reasons set forth in the letter of termination attached to the Complaint.

2. Admitted as to residence. Defendant is unable to admit or deny the remaining allegations of paragraph 2.

3. Admitted.

4. The regulations speak for themselves.

5. Denied. Jurisdiction is properly in Federal District Court.

6. Admitted that venue is proper in this District.

7. Admitted.

8. Admitted.

9. Admitted that Plaintiff entered incorrect information into the system, but denied that it was inadvertent. Admitted that Plaintiff was suspended. Remaining allegations in paragraph 9 are denied.

10. Denied.

11. The letter speaks for itself. Remaining allegations of paragraph 11 are denied.

12. Denied.

13. Admitted that the letter shows a copy to John Devine of the TSA. Defendant does not know if a copy was actually sent to Mr. Devine.

14. The letter of termination speaks for itself.

15. Defendant is without knowledge of the allegations of paragraph 15 and therefore denies them.

16. Admitted that Plaintiff appears to have retained counsel.

## Count I - Florida Whistleblower Act

17. Defendant repeats its answers to paragraphs 1-16.

18. Admitted.

19. Admitted.

20. Admitted that Plaintiff was qualified but denied she was performing satisfactorily in her position.

21. Denied.

22. Denied.

23. Unknown.

24. Denied.

25. Denied.

26  Denied.

## Jury Trial

Plaintiff is not entitled to a jury trial under the Foreign Sovereign Immunities Act.

## Relief

Defendant denies that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1. The Florida Whistleblower Act (§448.102(3)) protects employees who "objected to, or refused to participate in, any activity, policy, or practice of the employer which is in violation of a law, rule, or regulation." Plaintiff's letter does not constitute either objecting to or refusing to participate in an illegal activity.

2. No activities of Defendant were illegal or violated any law, rule, or regulation.

> Respectfully submitted,
> LAW OFFICES OF GOLDSTEIN & SORDO
> 9350 South Dixie Highway, 10th Floor
> Miami, Florida 33156
> Tel:   (305) 670-1222
> Fax:   (305) 670-7065
>
>
> By: s/ Stuart A. Goldstein
>      FBN: 223735

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2008, a true and correct copy of the foregoing was served by facsimile (800) 421-9954 and regular U. S. Mail upon Matthew S. Sarelson, Esq., attorney for Plaintiff, at 1401 Brickell Avenue, Suite 510, Miami, Florida 33131.

By: s:/ Stuart A. Goldstein

## SERVICE LIST
### Deborah Pinder v. Bahamasair Holdings Limited, Inc.
### Case No. 08-22548-CIV-KING/BANDSTRA
### United States District Court
### Southern District of Florida

Matthew S. Sarelson, Esq.
Sarleson, P. A.
1401 Brickell Avenue, Suite 1510
Miami, Florida 33131
Tel: (305) 379-0305
Fax: (305) 421-9954
msarelson@sarelson.com
Attorney for Plaintiff